# United States Court of Appeals
## For the First Circuit

No. 09-2322

TONY B. GASKINS,

Petitioner, Appellant,

v.

RONALD T. DUVAL,

Respondent, Appellee.

ERRATA SHEET

The opinion of this Court issued on April 13, 2011 is amended as follows:

On page 23, line 22, "either is" should read "either it".